IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICOLE ENERGY SERVICES, INC.,

    APPELLANT,

V.

    CASE NO. C2-08-0463
    JUDGE EDMUND A. SARGUS, JR.

LARRY J. MCCLATCHEY, et al.,

    APPELLEE.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

5-15-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE