**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **NICOLE ENERGY SERVICES, INC.,** | |
| **Debtor/Appellant,** | |
| V. | Case No. 08-CV-0463 |
| **LARRY J. MCCLATCHEY,** | JUDGE ALGENON L. MARBLEY |
| **Trustee/Appellee.** | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 4, 2009 Opinion and Order, Appellee McClatchey's Motion to Dismiss the Appeal is GRANTED. This action is dismissed.

Date: **March 4, 2009**       James Bonini, Clerk

                                             s/Betty L. Clark
                                             Betty L. Clark/Deputy Clerk