IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE ENERGY SERVICES, INC., | : | |
| Debtor/Appellant, | : | |
| v. | : | Case No. 08-CV-0463 |
| LARRY J. MCCLATCHEY, | : | JUDGE ALGENON L. MARBLEY |
| Trustee/Appellee. | : | |

## ORDER

On October 29, 2009, interested party Freddie L. Fulson ("Fulson") filed a motion requesting that the Court Disqualify Judge John E. Hoffman Jr. For His Personal Prejudice and Bias against the Debtor's and Party in Interest pursuant to 28 U.S.C. § 455. (Dkt. 35.)  Upon review of the record, the Court finds there is insufficient evidence to substantiate a claim of personal prejudice or bias harbored by Judge Hoffman.  Accordingly, interested party Fulson's Motion to Disqualify Judge John E. Hoffman Jr. is **DENIED**.

**IT IS SO ORDERED.**

                                                                                   s/Algenon L. Marbley
                                                             ALGENON L. MARBLEY
                                                             UNITED STATES DISTRICT COURT

Dated: November 3, 2009