IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE ENERGY SERVICES, INC., | : | |
| Debtor/Appellant, | : | |
| v. | : | Case No. 08-CV-0463 |
| LARRY J. MCCLATCHEY, | : | JUDGE ALGENON L. MARBLEY |
| Trustee/Appellee. | : | |

## ORDER

On November 10, 2009, interested party Freddie L. Fulson ("Fulson") filed an Amended and Revised Motion to Provide Evidence to Support the Motion to Disqualify Judge John E. Hoffman Jr. For His Personal Prejudice and Bias against the Debtor's and Party in Interest pursuant to 28 U.S.C. § 455. (Dkt. 38.) Upon review Mr. Fulson's amended and revised motion, the attached exhibits, and the record in the case, the Court finds no personal prejudice or bias demonstrated by Judge Hoffman. Accordingly, interested party Fulson's Amended and Revised Motion to Disqualify Judge John E. Hoffman Jr. is **DENIED**.

**IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                  **ALGENON L. MARBLEY**
                                                  **UNITED STATES DISTRICT COURT**

**Dated: November 16, 2009**